UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STAR ONE CREDIT UNION, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-07225-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 19, 2016, Plaintiff Kuang-Bao P. Ou-Young ("Plaintiff") filed the Complaint underlying this action. To date, however, the docket does not contain a proof of service or waiver of service for any defendant, and no defendant has appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The 90-day period for service provided by Rule 4(m) expires on March 20, 2017. Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no later than **March 28, 2017**, either: (1) file documents to show proof of service of the Summons and Complaint on defendants; or (2) explain in writing why service has not been accomplished. No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: March 21, 2017

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:16-cv-07225-EJD
ORDER TO SHOW CAUSE